# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> LG ELECTRONICS INC. and LG ELECTRONICS U.S.A., INC., <br><br> Defendants. | CIVIL ACTION NO. 1:20-cv-0034 <br><br><br> JURY TRIAL DEMANDED |
| ANCORA TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | CIVIL ACTION NO. 1:20-cv-0034 <br><br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND FIRST AMENDED SCHEDULING ORDER

Plaintiff Ancora Technologies, Inc. ("Plaintiff") and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. ("Defendants") hereby file this Joint Motion to Amend the First Amended Scheduling Order (Dkt. 81) as follows:

The current deadline to serve Rebuttal Expert Reports is December 18, 2020. Plaintiff and Defendants respectfully request an extension of one business day to and including December 21, 2020 to serve Rebuttal Expert Reports. The requested extension will not affect any other deadline set by the Court in its original Scheduling Order (Dkt. 32) or First Amended Scheduling Order (Dkt. 81).

A proposed amended scheduling order reflecting the above changes is attached.

- 2 -

Dated: December 16, 2020								Respectfully submitted,

									By:	*/s/ Melissa R. Smith*
										Anupam Sharma
										Robert T. Haslam
										Covington & Burling LLP
										3000 El Camino Real
										5 Palo Alto Square, 10th Floor
										Palo Alto, CA 94306
										650-632-4709
										Fax: 950-632-4809
										Email: asharma@cov.com
										Email: rhaslam@cov.com

										Jared Frisch
										Richard L. Rainey
										Covington & Burling LLP
										One City Center
										850 Tenth Street, NW
										Washington, DC 20001
										202-662-5002
										Fax: 202-778-5002
										Email: jfrisch@cov.com
										Email: rrainey@cov.com

										Melissa Richards Smith
										Gillam and Smith, LLP
										303 South Washington Avenue
										Marshall, TX 75670
										(903)934-8450
										Fax: (903)934-9257
										Email: melissa@gillamsmithlaw.com

										***ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC***.

Dated: December 16, 2020

Respectfully submitted,

By: */s/ Nicholas S. Crown*
Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 418
Tyler, TX 75702
903/531-3535
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

Lexie G. White (Texas 24048876)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwhite@susmangodfrey.com

Andres Healy (*pro hac vice*)
Steven M. Seigel (*pro hac vice)*
Nicholas S. Crown (*pro hac vice*)
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Tel: (206) 516-3880
Fax: 206-516-3883
ahealy@susmangodfrey.com
sseigel@susmangodfrey.com
ncrown@susmangodfrey.com

Zachary B. Savage (*pro hac vice*)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: (212) 336-8330
Fax: (212) 336-8340
zsavage@susmangodfrey.com

***ATTORNEYS FOR PLAINTIFF ANCORA TECHNOLOGIES, INC.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system this December 16, 2020.

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Melissa R. Smith*
　　　　　　　　　　　　　　　　　　　　　　　Melissa R. Smith